Michael G. Marderosian, No. 77296
Ovidio Oviedo, Jr., No. 210311
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF BAKERSFIELD, POLICE CHIEF ERIC MATLOCK
and OFFICERS RICHARD DAVIS and PETER FOX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JACKSON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF BAKERSFIELD, an entity; Police Chief ERIC MATLOCK, individually and officially; RICHARD DAVIS #807; individually and officially; and PETER FOX #733 individually and officially and DOES 1-10 INCLUSIVE,<br><br>　　　Defendants. | Case Number CIV-F-03-6111 OWW TAG<br><br>**ORDER RE: DEFENDANTS' MOTIONS IN LIMINE**<br><br>*Trial Date: May 24, 2005* |

On May 13, 2005, the court issued the following orders regarding defendants' requested Motions in Limine:

1. <u>Defendants' requested Motion in Limine No. 1</u>:  Denied.

    Plaintiff can introduce evidence of the criminal acquittal and defendants can introduce evidence of the criminal plea.  Plaintiff can also introduce evidence as to whether or not the district attorney had any knowledge that the defendants presented false and inaccurate information leading to plaintiff's criminal prosecution.

2. <u>Defendants' requested Motion in Limine No. 2</u>:  Granted without prejudice to renew.

3. <u>Defendants' requested Motion in Limine No. 3</u>:  Granted without prejudice to renew.

4. <u>Defendants' requested Motion in Limine No. 4</u>:  Denied.

MARDEROSIAN,
RUNYON, CERCONE,,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Jackson v. City of Bakersfield, et al.
United States District Court No. CIV-F-03-6111 OWW TAG

1

5.  Defendants' requested Motion in Limine No. 5:  Granted per stipulation.

6.  Defendants' requested Motion in Limine No. 6:  Granted.

   Plaintiff will be permitted to introduce the amount of medical expenses only.

7.  Defendants' requested Motion in Limine No. 7:

   This motion will be decided at the time of trial regarding each photograph offered into evidence by plaintiff. Plaintiff is instructed to show each photograph to defense counsel before showing the photograph to the jury or describing what is depicted in the photograph in open court. If defense counsel raises an objection, the court will resolve the issue outside the presence of the jury.

8.  Defendants' requested Motion in Limine No. 8:

   Granted without prejudice to renew in the *Monell* phase of the case.

9.  Defendants' requested Motion in Limine No. 9:

   Granted, however can be used for impeachment if a proper foundation is presented.

10. Defendants' requested Motion in Limine No. 10:

   Granted. However, can be renewed in the *Monell* phase of the case upon presentation of proper foundation.

11. Defendants' requested Motion in Limine No. 11:  Granted.

12. Defendants' requested Motion in Limine No. 12:  Granted per stipulation.

13. Defendants' requested Motion in Limine No. 13:  Granted per stipulation.

Dated: May __25__, 2005.

/s/ OLIVER W. WANGER
_____
THE HONORABLE OLIVER W. WANGER,
JUDGE OF THE UNITED STATES DISTRICT COURT

MARDEROSIAN,
RUNYON, CERCONE,,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Jackson v. City of Bakersfield, et al.
United States District Court No. CIV-F-03-6111 OWW TAG

2