Ellen Hammill Ellison, Esq. (141149)
LAW OFFICE OF ELLEN HAMMILL ELLISON
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010

(213) 365-8225

Attorney for Plaintiff
EUGENE JACKSON

FILED
2005 JUN -8 P 1:27
CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EUGENE JACKSON | Case No. CV-F-03-6111 OWW (TAG) |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| CITY OF BAKERSFIELD, et al; | |
| Defendants | |

GOOD CAUSE having been found Plaintiff's in limine motions have been decided on May 13, 2005 as reflected below:

1. **Plaintiff's in limine motion #1:**

Granted in part and denied in part. All documents are excluded as hearsay but testimony from those present will be allowed to prove Mr. Jackson was uncooperative and combative in the Emergency Room. Limiting instructions will be given by the Court that the statements made by Mr. Jackson are not being introduced for their truth. Plaintiff is not precluded from bringing evidence and argument that Mr. Jackson was suffering from Traumatic Brain Injury and delusional behavior

-1-

rendering him not responsible for his actions.

2. **Plaintiff's in limine motion #2 was granted.**

All evidence of Mr. Jackson's criminal convictions and history as a drug abuser is precluded. The convictions are more than ten years old. The Court also stated that Dr. Hedberg's opinion that Mr. Jackson has problems with authority is not be introduced as there is no relevant basis for such an opinion. This ruling does not include the nolo contendere plea Mr. Jackson entered with regard to Ella Mosely on the night of the incident.

3. **Plaintiff's motion in limine #3 :**

Denied to the extent that the court will allow impeachment by one question only of any witness who has a criminal conviction less than ten years old which goes to the witness' veracity. The defendants have the burden of producing a certified copy to the Court of any conviction they intend to ask about before asking about it.

4. **Plaintiff's motion in limine #4:**

Granted without opposition from defendants.

IT IS SO ORDERED.

5-25-05

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
LAW OFFICE OF ELLEN HAMMILL ELLISON

PROOF OF SERVICE

The undersigned is employed in the aforesaid County, State of California, is over the age of eighteen and not a

-2-