```
                                            FILED
                                     JUDGMENT ENTERED

                                     ___September 23, 2005
                                              Date
                                     by _____G. Lucas_____
                                            Deputy Clerk
                                       U.S. District Court
                                   Eastern District of California
                                     __X___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
EUGENE JACKSON,

          Plaintiff,
                                     JUDGMENT IN A CIVIL ACTION
vs.
                                            1:03-cv-6111 OWW

CITY OF BAKERSFIELD, et al.,

          Defendant.
_____/
```

JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants City of Bakersfield, Richard Davis and Peter Fox and against the plaintiff Eugene Jackson.

DATED:  September 23, 2005

                                            JACK L. WAGNER, Clerk


                                        By: /s/ GREG LUCAS
                                                Deputy Clerk

jgm.civ
2/1/95