```
                                              FILED
                                         JUDGMENT ENTERED

                                         ___September 23, 2005
                                                 Date
                                         by _____G. Lucas_____
                                               Deputy Clerk
                                            U.S. District Court
                                         Eastern District of California
                                         __X___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

EUGENE JACKSON,

       Plaintiff,

vs.

       **JUDGMENT IN A CIVIL ACTION**

       1:03-cv-6111 OWW

CITY OF BAKERSFIELD, et al.,

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants City of Bakersfield, Richard Davis and Peter Fox and against the plaintiff Eugene Jackson.

DATED:  September 23, 2005

       JACK L. WAGNER, Clerk

       By:  /s/ GREG LUCAS
           Deputy Clerk

jgm.civ
2/1/95