FILED
SEP 2 3 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE JACKSON, | ) | 1:03-cv-6111 OWW TAG |
| | ) | |
| Plaintiff, | ) | VERDICTS OF TRIAL JURY |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD DAVIS and PETER FOX, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

We the jury in the above-entitled case make the following findings on the questions submitted to us.

1

Question 1:   Did Defendant Richard Davis use excessive force against Plaintiff in violation of Plaintiff's Fourth Amendment right to be free from unlawful seizure?

Yes _____          No __X__

If your answer to Question 1 is "yes," answer Question 2. If your answer to Question 1 is "no," answer Question 3.

1    Question 2: Was the violation of Plaintiff's Fourth
2 Amendment right to be free from the excessive use of force a
3 cause of damage to Plaintiff?

        Yes_____            No_____

        Answer Question 3.

Question 3: Did either Defendant knowingly provide false information to procure the criminal prosecution of Plaintiff in violation of his Fourth Amendment right to be free from unlawful seizure?

| | | |
|---|---|---|
| Richard Davis | Yes_____ | No__X__ |
| Peter Fox | Yes_____ | No__X__ |

If your answer to Question 3 is "yes" as to either Defendant, answer Question 4. If your answer to Question 1 was "no," and your answer to Question 3 is "no" as to both Defendants, sign and return this verdict.

4

Question 4:  Was the violation of Plaintiff's Fourth Amendment right to be free from unconstitutional seizure as a result of a Defendant's knowingly providing false information to procure the criminal prosecution of Plaintiff a cause of damage to Plaintiff?

Yes_____        No_____

If you answered Question 4 "yes" answer Question 5.  If you answered Question 4 "no" and answered Question 1 "no" or answered Question 2 "no," sign and return this verdict.

1   Question 5:  What amount of damages is Plaintiff entitled to
2   recover from either Defendant to compensate him for violation of
3   his Fourth Amendment rights?

    Richard Davis         $_____
    Peter Fox             $_____

    If you answered Question 5 with any amount as to either
Defendant, answer Question 6.  If you answered Question 5 "zero"
as to both Defendants, sign and return this verdict.

1   Question 6A:  Was a Defendant's violation of Plaintiff's
2 Fourth Amendment right to be free from unlawful seizure carried
3 out with malice so that Plaintiff is entitled to an award of
4 punitive damages against either Defendant?

        Richard Davis      Yes_____      No_____

        Peter Fox         Yes_____      No_____

11   Question 6B:  Was a Defendant's violation of Plaintiff's
12 Fourth Amendment right to be free from unlawful seizure carried
13 out in reckless disregard of Plaintiff's rights so that Plaintiff
14 is entitled to an award of punitive damages against either
15 Defendant?

        Richard Davis      Yes_____      No_____

        Peter Fox         Yes_____      No_____

23   Sign and return this verdict.

DATED: September 23rd, 2005.

_____
Foreperson